TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar Number 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
James.Sweetin@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ALENA P. OLAES, *et al.*,

Plaintiffs

v.

UNITED STATES OF AMERICA,

Defendant

Case No. 2:26-cv-02058-CDS-BNW

**Order Approving Joint Stipulation to Extend Defendant United States of America's Deadline to File a Reply in Support of Motion to Dismiss (ECF No. 13) (First Request)**

[ECF No. 21]

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs and Defendant United States of America, stipulate to a two-weeks extension from September 22, 2026, to October 6, 2026, for Defendant to file its reply brief in support of its Motion to Dismiss (ECF No. 45). This is the first extension of the reply deadline.

The United States' counsel seeks this additional extension due to staffing issues and heavier than normal workload, which will not allow him enough time to prepare and file the Reply by the current deadline.

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Defendant to file its reply brief in support of its Motion to Dismiss (ECF No. 13) from September 22, 2026, to October 6, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted on September 21, 2026.

*/s/ Alena P. Olaes*
*/s/ Chloé Ramos-Olaes*
*/s/ Briena Olaes-Ramos*
*/s/ Carmel Colton*
ALENA P. OLAES
(a.olaes@icloud.com)
CHLOÉ RAMOS-OLAES,
BRIENA OLAES-RAMOS,
CARMEL COLTON,
67 Quail Run Road, Henderson, NV 89014

*/s/ Michael F. Schulze*
MICHAEL F. SCHULZE
1036 Coronation Ave., Apartment 108
Kelowna, BC, Canada V1Y 7A7
mfschulze@yahoo.com

Plaintiffs Pro se

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 23, 2026